UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY T. MOORE, JR.,

    Plaintiff,

    v.

JOHN DOE, *et al.*,

    Defendants.

Case No. 3:18-cv-01047-JPG-RJD

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

    Plaintiff Anthony T. Moore has filed a motion to dismiss his own case. (ECF No. 30.) The Court construes it under Federal Rule of Civil Procedure 41(a)(2) because the defendants have already filed an answer herein. That rule allows a plaintiff to dismiss his own case without prejudice on terms that the Court considers proper. And here, because the defendants did not respond to Moore's motion and for good cause shown, the Court **GRANTS** Moore's motion (ECF No. 30) and **DISMISSES** this case **WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: MAY 29, 2019**

                                                **s/ *J. Phil Gilbert***
                                                **J. PHIL GILBERT**
                                                **U.S. DISTRICT JUDGE**